UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LOREAL STEVENS,<br><br>            Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>            Defendant. | CASE NO. 2:17-CV-00097<br><br>ORDER GRANTING STIPULATED REMAND |

    This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13.  *See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6.  This matter is before the Court on defendant's stipulated motion to remand the matter to the Acting Commissioner for further consideration.  Dkt.  18.

    After reviewing defendant's stipulated motion and the remaining record, the Court grants defendant's motion, and reverses and remands this matter to the Acting Commissioner.

1  Pursuant to the stipulation of the parties, it is hereby ORDERED that the Acting Commissioner's final decision be reversed and remanded in accordance with sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will first determine whether the record supports a finding of disability. If not, the Appeals Council will remand the case to an Administrative Law Judge, and plaintiff will have an opportunity for a hearing and to update the medical evidence. The Administrative Law Judge will reevaluate the medical evidence and address any limitations assessed in the medical record, and the persistence of such limitations with and without DAA.

Following proper application, plaintiff shall be eligible for attorneys' fees pursuant to the Equal Access to Justice Act, 24 U.S.C. § 2412 *et seq*.

Given the facts and the parties' stipulation, the Court hereby orders that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) consistent with this Order. Judgment shall be for the plaintiff and case closed.

Dated this 18th day of July, 2017.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING STIPULATED REMAND - 2